**Order entered October 22, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00554-CV

### IN THE INTEREST OF J.A.C. AND Z.C.C., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-54259-2014**

## ORDER

We **GRANT** appellee's October 20, 2015 motion for an extension of time to file a brief.

Appellee shall file a brief by **NOVEMBER 23, 2015**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE